IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERMAINE TYRONE FULLER,

    Petitioner,

v.

JOHN TERWILLIGER, Superintendent,

    Respondent.

CIVIL ACTION NO.: CV206-276

## ORDER

Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254. By Order dated January 31, 2007, Petitioner was allowed a period of twenty (20) days to file any objections to the Respondent's motion for dismissal. Petitioner was advised that if he did not timely respond to Respondent's motion, the Court would determine that he has no opposition to the motion and the Court would enter an Order dismissing this case. Petitioner has failed to respond to the Respondent's Motion to Dismiss. Accordingly, the unopposed Motion to Dismiss is **GRANTED**, and the petition is **DISMISSED**.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 6th day of March, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)