AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERMAINE TYRONE FULLER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-276

JOHN TERWILLIGER, Superintendent

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Petitioner was advised that if he did not timely respond to Respondent's motion, the Court would determine that he has no opposition to the motion and the Court would enter an Order dismissing this case. Petitioner has failed to respond to the Respondent's Motion to Dismiss. Accordingly, the unopposed Motion to Dismiss is GRANTED, and the petition is DISMISSED.

| 3/6/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03